# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FREE SPEECH SYSTEMS, LLC, d/b/a INFOWARS,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE DICKSON, in his official capacity as administrator of the Federal Aviation Administration; and the FEDERAL AVIATION ADMINISTRATION,<br><br>    Defendants. | Case No. 1:21-cv-00826-RP<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 6)** |

PLEASE TAKE NOTICE that Plaintiff Free Speech Systems, LLC d/b/a Infowars hereby withdraws its Motion for Temporary Restraining Order and for Preliminary Injunction (Dkt. No. 6) without prejudice. Since the filing of the Motion, the FAA has implemented a procedure whereby the Press may access the air in order to gather the news, thus mooting the request for preliminary injunctive relief.

Dated: September 21, 2021.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza (admitted W.D. Tex)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
Email: ecf@randazza.com

Attorneys for Plaintiff,
Free Speech Systems, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 21st day of September 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Marc J. Randazza
Marc J. Randazza

RANDAZZA | LEGAL GROUP